*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

Nos. 04-12-00169-CR, 04-12-00170-CR, 04-12-00171-CR, 04-12-00172-CR

The **STATE** of Texas,
Appellant

v.

Tamara **SCOTCH;** Pauline **GONZALES;** Isabel **RANGEL** Jr.; Eladio **ROCHA**,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B1276, B1277, B1278, B1279
The Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  June 20, 2012

DISMISSED

The State of Texas has moved to dismiss its appeals numbered 04-12-00169-CR, 04-12-00170-CR, 04-12-00171-CR, and 04-12-00172-CR pertaining to individual appellees Tamara Scotch, Pauline Gonzales, Isabel Rangel Jr., and Eladio Rocha, respectively.  The State's motion is granted; these appeals are dismissed.

PER CURIAM

DO NOT PUBLISH